# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR06-2039 |
| vs. | **ORDER** |
| DANNY DEAN SLICK, | |
| Defendant. | |

_____

This matter comes before the court pursuant to the parties' joint motion for psychiatric examination of the defendant made at proceedings before the court held on August 11, 2006.

Upon the foregoing,

IT IS ORDERED

1. Pursuant to 18 U.S.C. § 4241, the defendant shall undergo a complete psychiatric examination, pursuant to 18 U.S.C. § 4247(b), to be conducted at the facility designated by the Attorney General or the Attorney General's designee at a time fixed by that institution for the examination. The examiner(s) shall prepare and file with the court a report of the defendant's examination which, pursuant to 18 U.S.C. § 4247(c), shall include:

    a. The defendant's history and present symptoms.

    b. A description of the psychiatric, psychological, and medical tests employed in the examination and their results.

    c. The examiner's findings.

    d. The examiner's diagnosis and whether the defendant is suffering from a mental disease or defect rendering the defendant mentally incompetent to the extent that

the defendant is unable to understand the nature and consequences of the proceedings against the defendant or to assist properly in the defendant's defense.

  e. Any recommendation the examiner may have as to how the mental condition of the defendant should affect any sentence which may be imposed should the defendant be found guilty of the offenses with which the defendant is charged.

  2. The costs of such an examination and report shall be paid by the United States Marshal out of funds appropriated for such purposes.

  3. The United States Marshal for the Northern District of Iowa shall take all steps necessary to transport the defendant to the designated facility and to return the defendant to the district following the examination.

  August 11, 2006.

          _____
          JOHN A. JARVEY
          Magistrate Judge
          UNITED STATES DISTRICT COURT